IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MID-CONTINENT CASUALTY COMPANY, | ) | CASE NO.: 4:15-cv-04686-RBH |
| | ) | |
| PLAINTIFF, | ) | CONSENT ORDER TO STAY PROCEEDINGS |
| v. | ) | |
| | ) | |
| EXCALIBUR CONSTRUCTION, INC., and KEN L. DeHART, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

WHEREAS, the undersigned counsel for the parties appearing herein have consented to the contents of this Order, and

WHEREAS, Defendant Dr. Ken L. DeHart has died and counsel for Defendant DeHart will need to substitute the personal representative for the party;

WHEREAS, Plaintiff Mid-Continent Casualty Company has been unable to perform destructive testing on the subject project due to the death of Defendant DeHart and the surrounding events; and,

WHEREAS, the undersigned counsel for the parties appearing herein are continuing negotiations to resolve this matter; therefore, it is

ORDERED, ADJUDGED, AND DECREED that CASE NO.: 4:15-cv-04686-RBH is stayed for 90 days from the entry of this order.

IT IS SO ORDERED!

March 30, 2016                                   s/ R. Bryan Harwell
Florence, South Carolina                     R. Bryan Harwell
                                                           United States District Judge

1

WE CONSENT:

| | |
|---|---|
| /s/ Francis E. Grimball | /s/ Joseph C. Wilson, IV |
| Francis E. Grimball, Esq. (Fed ID No. 2476) | Joseph C. Wilson, IV, Esquire |
| Mullen Wylie, LLC | Fed. ID No. 5886 |
| 171 Church St., Ste. 370 | Whidbee S. Perrin, Esquire |
| Charleston, SC 29401 | Fed. ID No. 11814 |
| P: 843-853-6200 | PIERCE, HERNS, SLOAN & WILSON, LLC |
| F: 843-853-8994 | Post Office Box 22437 |
| fgrimball@mullenwylie.com | Facsimile:     843-722-7732 |
| | Charleston, SC  29413 |
| Robert L. Wylie, IV, Esq. (Fed ID No. 5153) | Telephone:    843-722-7733 |
| PO Box 1980 | E-Mail:        joewilson@phswlaw.com |
| Myrtle Beach, SC 29578 | whitperrin@phswlaw.com |
| P: 843-449-4800 | |
| *Attorneys for Defendant Ken L. DeHart* | *Attorneys for Plaintiff Mid-Continent Casualty Company* |

2